1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WASBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  DAVID PRIDDY, ILSBN 6313767
5  Special Assistant United States Attorney
            6401 Security Boulevard
6           Baltimore, Maryland 21235
            Telephone: (510) 970-4801
7           E-Mail: David.Priddy@ssa.gov
8  Attorneys for Defendant

9

10                     **UNITED STATES DISTRICT COURT**

11                      **EASTERN DISTRICT OF CALIFORNIA**

12

| JOCELYN HERNANDEZ, | ) CIVIL NO. 1:24-cv-01583-GSA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

        IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

        Upon remand, the Commissioner will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

        This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 16, 2025          */s/ Francesco P. Benavides*\*
                              FRANCESCO P. BENAVIDES
                              Attorney for Plaintiff
                              *Authorized via e-mail on May 15, 2025

                              MICHELE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Social Security Administration

                      By:    /s/ *David Priddy*
                              DAVID PRIDDY
                              Special Assistant United States Attorney

                              Attorneys for Defendant

## ORDER

Based on the parties' stipulation, it is **ordered** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).

The Clerk is **directed** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:   **May 19, 2025**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND